# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to: *See Exhibit A* |

### NOTICE OF DISMISSAL OF ENTIRE ACTION(S) WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, each listed action as described in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** in its entirety**,** as to all defendants without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: June 10, 2024

Respectfully submitted,

By: */s/Michael A. London*
Michael London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
mlondon@douglasandlondon.com

| Case Name | Case Number |
|---|---|
| Randy Ammons | 2:20-cv-01708 |
| Joseph Planck | 2:20-cv-02154 |
| Kenneth Langford | 2:20-cv-02776 |
| Timothy Renfroe | 2:20-cv-03173 |
| Freddie Senters | 2:20-cv-03223 |
| Debbie Rittinghouse | 2:20-cv-03288 |
| Karl Cordova | 2:20-cv-03329 |
| Michael Hartnett | 2:20-cv-03772 |
| James Owens | 2:20-cv-03774 |
| Javier Garcia | 2:20-cv-03866 |
| Allison Flamez | 2:20-cv-03944 |
| Cheryl Imani Countess | 2:20-cv-04118 |
| Jamie Blackwood | 2:20-cv-04428 |
| Russell Choina | 2:20-cv-04430 |
| Ludyvina Martinez | 2:21-cv-00028 |
| Joyce Gray | 2:21-cv-00182 |
| Deidra Greb | 2:21-cv-00484 |
| Richard Rhodes | 2:21-cv-00505 |
| Stephen Piechura | 2:21-cv-00601 |
| Andrew Collins | 2:21-cv-00608 |
| Erik Schilling | 2:21-cv-00610 |
| Darlene Edler | 2:21-cv-00627 |
| Howard Tucker | 2:21-cv-00628 |
| LaVerne Webb | 2:21-cv-00744 |
| Tracy Shycoff | 2:21-cv-00827 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

<u>*/s/Michael A. London*</u>
Attorney Name
